**Motion Granted and Order filed June 21, 2018**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00194-CR
NO. 14-18-00195-CR
NO. 14-18-00196-CR
NO. 14-18-00197-CR

———————

**DARIOS  TRAMAIN CRAYTON-SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1484225, 1511723, 1511724, and 1511725**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which she concludes these appeals are wholly frivolous and without merit. Counsel filed a motion for appellant to review the records so he may file a pro se brief if he chooses. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is GRANTED.

Accordingly, we hereby direct the Judge of the 228th District Court to afford appellant an opportunity to view the trial records in accordance with local procedure; that the clerk of that court furnish the records to appellant on or before **July 6, 2018;** that the clerk of that court certify to this court the date on which delivery of the records to appellant is made; and that appellant file his pro se brief with this court within 30 days of that date.

PER CURIAM